FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 19 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01296
(Removal from District Court, County of El Paso, State of Colorado, Case No. 2007-CV-7072)

RONALD ROY HOODENPYLE, Trustee for the High Chaparral Holding Trust

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, As Trustee for the Structured Asset Investment Loan Trust,
CASTLE MEINHOLD & STAWIARSKI, and
JOHN AND JANE DOE 1-20,

    Defendants,

---

### ORDER FOR SUMMARY REMAND

---

Plaintiff Ronald Roy Hoodenpyle, a resident of Colorado Springs, Colorado, has filed a *pro se* Notice of Removal and a request to proceed without payment of the filing fee. The Clerk of the Court will be directed to commence a civil action. Although Plaintiff's request to proceed *in forma pauperis* is deficient, the Court will disregard consideration of Plaintiff's request to proceed without payment of the filing fee and remand the action summarily to the El Paso County District Court.

Mr. Hoodenpyle appears to seek removal to this Court of Case No. 2007-CV-7072, a civil case filed in the El Paso County District Court in Colorado Springs, Colorado. The Court must construe the Notice of Removal liberally because Mr.

Hoodenpyle is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Court has reviewed the Notice of Removal and finds that it is deficient because Mr. Hoodenpyle fails to set forth "a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Mr. Hoodenpyle does not demonstrate that the county court action properly may be removed to this Court. Therefore, this action will be summarily remanded to the El Paso County District Court. Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that this action is remanded summarily to the El Paso County District Court. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the El Paso County District Court at P.O. Box 2980, Colorado Springs, Colorado 80903.

DATED at Denver, Colorado, this 17 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 01296

Ronald R. Hoodenpyle
4050 Ruskin Wy
Colorado Springs, CO 80910

Ronald R. Hoodenpyle
PO Box 26571
Colorado Springs, CO 808036

Clerk of the El Paso County District Court
PO Box 2980
Colorado Springs, CO 80903
**CERTIFIED**

    I hereby certify that I have mailed **a copy of the ORDER** to the above-named individuals on __6/19/08__

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk